IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DION BROWN EL**  **PLAINTIFF**
**#913261**

v.                              **CASE NO. 4:23-CV-00487-BSM**

**DOES,** *et al.*                              **DEFENDANTS**

### ORDER

Dion Brown El's motion to file an amicus brief [Doc. No. 19] is denied. His case is stayed pending the resolution of his state criminal case, *State v. Brown El*, 73CR-23-301 (White County Circuit Court). Doc. No. 19. Brown El can move to reopen this case after final disposition of his state criminal case, including appeals. Any motion to reopen must be filed within sixty days of that final disposition. If Brown El does not file a timely motion to reopen or a status report by July 3, 2024, then this case may be dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE